Morris S. Miller, Respondent, *v.* The New York Central and Hudson River Railroad Company, Appellant.

(Argued March 5, 1894; decided March 20, 1894.)

Appeal from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made September 13, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*C. D. Prescott* for appellant.

*D. F. Searle* for respondent.

Agree to affirm; no opinion.
All concur, except Finch, J., not voting.
Judgment affirmed.